IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVID K. HECHLER,

Defendant.                                               Case No. 12-cr-30273-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is defendant David K. Hechler's unopposed motion to enlarge bond to permit travel to Brookfield, Wisconsin for the period January 14, 2013 through January 18, 2013 (Doc. 20). Defendant requests permission to travel to Brookfield, Wisconsin on the above-mentioned dates to attend a work-related seminar. Defendant states he will be staying at a hotel adjacent to the seminar where he will room with an adult co-employee. He will not be in possession of a computer or request access to a computer. Further, defendant states there will be no attendees under 18 years of age at his work-related conference. For the reasons stated in defendant's motion, defendant's motion is **GRANTED** (Doc. 20). Defendant is required to comply with the conditions and itinerary committed to in his motion and is further ordered to report immediately to his probation officer upon his return.

**IT IS SO ORDERED.**
Signed this 7th day of January, 2013.

*David R. Herndon*
Digitally signed by David R. Herndon
Date: 2013.01.07 16:16:59 -06'00'

**Chief Judge**
**United States District Court**