IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID K. HECHLER,

Defendant.                                          Case No. 12-cr-30273-DRH

ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Donald G. Wilkerson for the specific purpose of conducting a change of plea for defendant Hechler, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Hechler (Doc. 30). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on July 15, 2013 (Doc. 29). During the change of plea, defendant Hechler pled guilty to Count 1 of the indictment following a thorough colloquy with Judge Wilkerson. Thereafter, Judge Wilkerson issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Hechler's plea of guilty (Doc. 34).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the

consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. David K. Hechler*, that defendant Hechler was fully competent and capable of entering an informed plea, that defendant Hechler was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant David K. Hechler **GUILTY** on the charges in the Indictment.  The Court **REMINDS** the parties that this matter is set for sentencing on November 1, 2013, at 1:30 p.m.

    **IT IS SO ORDERED.**

    Signed this 13th day of August, 2013.

Digitally signed by David R. Herndon
Date: 2013.08.13 15:51:30 -05'00'

    **Chief Judge**
    **United States District Court**